Clarice A. Spicker, Bar #029964
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4544
Fax: (602) 200-7810
cspicker@jshfirm.com

Attorney for Defendants Best Time Logistics,
Inc. and Singh Vikramjit

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Zaheer Uddin, individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Best Time Logistics, Inc., a foreign corporation; Singh Vikramjit and Jane Doe Vikramjit; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>　　　　　　　　　　Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Singh Vikramijit ("Removing Defendant"), hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Navajo, Case No. S0900CV202200205 to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

## **PROCEDURAL HISTORY**

1.　The above-captioned case commenced when Plaintiff, Zaheer Uddin filed a Complaint in Superior Court in and for Navajo County, on May 25, 2022 (the "Complaint"). See Complaint, along with complete copy of Superior Court file, attached as **Exhibit A**.

2.　Defendant Best Time Logistics, Inc. was served with the Complaint on June 7, 2022.

10985445.1

3.     Removing Defendant Singh Vikramjit, was served with the Complaint via Waiver of Service on September 13, 2022.

4.     A responsive pleading on behalf of Defendant Best Time Logistics, Inc. was filed on August 24, 2022. A responsive pleading on behalf of Removing Defendant Singh Vikramjit has not been filed.

**TIMELINESS OF REMOVAL**

4.     Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5.     This Notice of Removal is filed within thirty (30) days after the Complaint was served on Removing Defendant Singh Vikramjit and, therefore, is timely. See 28 U.S.C. § 1446(b)(1).

6.     A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Navajo County. See Notice of Filing Notice of Removal (exclusive of exhibits), attached as **Exhibit B**.

**BASIS OF REMOVAL**

7.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. See 28 U.S.C. § 1332(a).

8.     Plaintiff claims personal injuries as a result of Defendants' alleged liability. While Plaintiff has not yet claimed or asserted a specific amount of medical specials, counsel for Plaintiff confirmed that the amount they are seeking is in excess of $75,000. Accordingly, the amount in controversy exceeds $75,000. See, email from Brian Riley to Clarice Spicker attached as **Exhibit C**.

9.     Such a concession is tantamount to a plaintiff expressly alleging damages in excess of the jurisdictional amount, which we accept as the amount in controversy if done in good faith. *See, Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413,

1  416 (9th Cir. 2018).

2      10.    According to the Complaint, Plaintiff resides in the state of Maryland
3  where he presumably intends to remain.  He is thus considered a citizen of Maryland.

4      11.    Removing Defendant Singh Vikramjit was employed by and acting in
5  capacity for Defendant Best Time Logistics, Inc. at the time of the accident, and he resides
6  principally in Queens, New York. Removing Defendant Vikramjit is thus considered a
7  citizen of New York. Defendant Vikramjit is not married, and thus removing Defendant
8  Jane Doe Vikramjit is not a true person and should be dismissed from suit.

9      12.    Defendant Best Time Logistics, Inc. is incorporated in California and
10 has its principal place of business in San Bernardino, California, and is thus considered a
11 citizen of California.

12     13.    Defendant Best Time Logistics, Inc. consents to this removal.

13     14.    Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been
14 properly joined and served must join in or consent to the removal of the action" for all
15 actions removed based on diversity of citizenship.

16     **WHEREFORE**, Removing Defendant Singh Vikramjit requests that the
17 above action now pending in the Superior Court in and for Navajo County be removed to
18 this Court.

19     DATED this 11th day of October, 2022.

20     JONES, SKELTON & HOCHULI, P.L.C.

22     By /s/ Clarice A. Spicker
23         Clarice A. Spicker
           40 N. Central Avenue, Suite 2700
           Phoenix, Arizona 85004
24         Attorney for Defendants Best Time
           Logistics, Inc. and Singh Vikramjit

10985445.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Brian Riley
MORGAN & MORGAN ARIZONA, PLLC
2355 E. Camelback Rd., Ste. 335
Phoenix, AZ 85016

/s/ J. Proffitt

4

10985445.1